

FILED
Oct 29, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-cr-00197-DAD-BAM |
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| GURPREET SINGH BRAR, | |
| Defendants. | |

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 29, 2020, charging the above defendant with violations of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) – Possession with Intent to Distribute a Controlled Substance; 18 U.S.C. § 924(c)(1)(A) – Carrying a Firearm During and in Relation to a Drug Trafficking Crime; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant

///

1 thereto, except when necessary for the issuance and execution of the warrants.

DATED: October 29, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/   JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: _____10/29_____, 2020

*B. McAuliffe*
Hon. Barbara A. McAuliffe
U.S. Magistrate Judge