McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GURPREET SINGH BRAR,<br><br>Defendant. | CASE NO. 1:20-CR-00197-DAD-BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on October 29, 2020, and the Defendant now having been arrested pursuant to an Arrest Warrant related to this Indictment, the document no longer need remain secret,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jessica A. Massey, Assistant United States Attorney, hereby moves that the Indictment in this case be

///
///
///
///
///
///

///

unsealed and made public record.

Dated: November 19, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jessica A. Massey
JESSICA A. MASSEY
Assistant United States Attorney

### ORDER

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on October 29, 2020, be unsealed and become public record.

DATED: November 19, 2020

Hon. Jennifer L. Thurston
U.S. MAGISTRATE JUDGE