PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00197 ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING |
| v. | |
| GURPREET SINGH BRAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for the defendant, that the trial date set for July 18, 2023, and Trial Confirmation Hearing before the Honorable Ana de Alba be vacated and a change of plea hearing be set for June 20, 2023, at 8:30 a.m. Time has already been excluded through the previously set trial date.

1. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2023 to June 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Stipulation                                1

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 6, 2023　　　　　　　　　　　　　Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By　　/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: June 6, 2023　　　　　　　　　　　　　/s/ Yan Shrayberman
YAN SHRAYBERMAN
Attorney for Defendant

IT IS SO ORDERED.

　　Dated:　June 7, 2023　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stipulation　　　　　　　　　　　　　　2